**Latisha STATEN; Robert Staten, Plaintiffs–Appellants**

**v.**

**LEX SPECIAL ASSETS, L.L.C.; Lasalle Bank, N.A.; Mortgage Electronic Registration Systems, Incorporated; Pami, L.L.C.; Roosevelt Depositor, L.L.C.; Roosevelt Management Company, L.L.C.; Specialized Loan Servicing, L.L.C.; U.S. Bank, N.A.; Roosevelt Mortgage Acquisition Company, Defendants–Appellees.**

No. 14–20486.

United States Court of Appeals, Fifth Circuit.

May 6, 2015.

John P. Fretz, Jackson & Elrod, L.L.P., Jeffrey Craig Jackson, Robert Clay Vilt, Vilt & Associates, Houston, TX, for Plaintiffs–Appellants.

Nathan Joseph Milliron, Hughes, Watters & Askanase, L.L.P., Houston, TX, John W. Taylor, Jr., Attorney, Johnny Taylor Law, P.L.L.C., Katy, TX, Walter McInnis, Alan F. Arnold, Attorney, Akerman, L.L.P., C. Charles Townsend, Esq., Akerman, L.L.P., Dallas, TX, for Defendants–Appellees.

Before JOLLY, HIGGINSON and COSTA, Circuit Judges.

PER CURIAM: *

Plaintiffs Latisha and Robert Staten sued the above named defendants based on the foreclosure sale of their property. The district court granted the defendants' motions to dismiss the Statens' complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This case is now before us on appeal. We have reviewed carefully the complaint and incorporated attachments. We have considered the parties' briefs. We find no reversible error in the proceedings before the district court, and, consequently, the judgment of the district court is AFFIRMED in all respects. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.